IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR ALAN WOLK | : | Civil Action No. 08-3931 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE a/k/a, d/b/a CHASE BANK USA, N.A. and CHASE CARD SERVICES a/k/a, d/b/a CHASE BANK USA, N.A. | : | |
| | : | |
| Defendants. | : | |

**JOINT PROPOSED DISCOVERY PLAN**

This case arises from Plaintiffs' Chase Visa credit card and the alleged fraudulent airline miles program which initially induced Plaintiff to open the card.

**I.     RULE 26(a)(1) DISCLOSURES**

The Parties have agreed that Rule 26(a)(1) disclosures will be made by December 5, 2008.

**II.    COMPLETION OF DISCOVERY**

The parties have agreed that three (3) months is needed to complete factual discovery.

**III.   EXPERT REPORTS**

Plaintiff's expert reports shall be due thirty (30) days after the close of discovery.

Defendants' expert reports shall be due sixty (60) days after the close of discovery.

**IV.   DISCOVERY SUBJECTS**

1.    Practices of Chase regarding credit card operations.

2.    Practices of Chase regarding airline miles rewards program.

3. Advertising programs and other means of marketing of Chase's credit card products to customers.

4. The procedures Chase implemented to handle requests, including Plaintiff's, for the cancellation of credit cards.

5. Plaintiff's communications and dealings with Chase.

**V. CHANGES IN DISCOVERY LIMITATIONS**

Both parties require no changes to limitations on discovery.

**VI. DISCOVERY IN DIGITAL FORMAT**

Documents and electronically stored information may be exchanged in paper format and/or scanned in PDF format.

|  | LAW OFFICE OF JEFFREY S. SALTZ, P.C. |
|---|---|
| */s/ Arthur Alan Wolk/JPM* | */s/ Jeffrey S. Saltz/JPM* |
| Arthur Alan Wolk, Pro Se | Jeffrey S. Saltz |
| Identification No.: 02901 | Lisa B. Wershaw |
|  | Identification Nos.: 29057/41630 |
|  | Attorneys for Defendant |
|  | Chase Bank USA, N.A. |
| 1710-12 Locust Street | Two Penn Center Plaza, Suite 1930 |
| Philadelphia, PA 19103 | 1500 John F. Kennedy Blvd. |
| (215) 545-4220 | Philadelphia, PA 19102 |
|  | (215) 523-5317 |